## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LANDSCAPE IMAGES LTD.,** | * | |
| **Plaintiff,** | * | **CIVIL ACTION NO.** |
| | * | **SECTION " "** |
| **VERSUS** | * | |
| | * | **JUDGE** |
| **IBERIABANK CORPORATION** | * | **MAGISTRATE** |
| **AND** | * | |
| **FIRST HORIZON BANK,** | * | |
| **Defendants.** | * | **JURY TRIAL DEMANDED** |
| | * | |

*******************************************

## <u>COMPLAINT FOR DAMAGES</u>

NOW INTO COURT, through undersigned counsel, comes Plaintiff Landscape Images Ltd., and for its Complaint for Damages, respectfully represents:

### I.

Plaintiff herein is:

**LANDSCAPE IMAGES LTD.**, a domestic corporation, authorized to and doing business in the Parish of Jefferson, State of Louisiana, within the Eastern District of Louisiana.

### II.

Defendants herein are:

**IBERIABANK CORPORATION** ("IberiaBank"**),** a domestic corporation, authorized to and doing business in the Parish of Jefferson, State of Louisiana, within the Eastern District of Louisiana; and

**FIRST HORIZON BANK** ("First Horizon")**,** a corporation whose state of incorporation is and whose principal place of business is in the State of Tennessee, authorized to and

doing business in the Parish of Jefferson, State of Louisiana, within the Eastern District of Louisiana.

## III.

Subject matter jurisdiction over this matter by this Honorable Court is conferred by 28 U.S.C. §1331, as Plaintiff's claims arise, in part, under Federal Statutes and Regulations including, but not limited to the Equal Credit Opportunity Act, 15 U.S.C. §1691, *et seq.,* and 12 C.F.R. Part 1002, *et seq.* ("Regulation B," issued by the Bureau of Consumer Financial Protection pursuant to Title VII (Equal Credit Opportunity Act) of the Consumer Credit Protection Act, as amended (15 U.S.C. §1691, *et seq.*), *inter alia.*

## IV.

Venue is proper in this Court as the events giving rise to Plaintiff's claims occurred within the Eastern District of Louisiana.

## V.

On or about April 1, 2021, IberiaBank and First Horizon announced that their portal, through which customers could submit applications for loans pursuant to the United States Small Business Administration Paycheck Protection Program, was open; and IberiaBank and First Horizon solicited such applications from its customers, including Plaintiff.

## VI.

On April 2, 2021, Plaintiff Landscape Images Ltd., a customer of IberiaBank and First Horizon who had received a solicitation from Defendants, submitted its properly and fully supported application for a loan pursuant to the United States Small Business Administration Paycheck Protection Program.

4877-3802-9599, v. 1

**VII.**

Having received no follow up communication from IberiaBank and First Horizon, on May 13, 2021, Plaintiff contacted representatives of IberiaBank and First Horizon to check on the status the loan application.

**VIII.**

In response to Plaintiff's inquiry regarding the status of the application, on May 13, 2021, representatives of IberiaBank and First Horizon advised Plaintiff that funding for the United States Small Business Administration Paycheck Protection Program had been depleted; and even though the application had been submitted on April 2, 2021, by the time the application was "processed," the funds had been depleted. Thus, Plaintiff was denied the benefits of the United States Small Business Administration Paycheck Protection Program including, but not limited to the loan and the eventual forgiveness of any such loan.

**IX.**

Plaintiff's damages claimed herein resulted from Defendants' failure to abide by Federal Statutes and Regulations and/or established banking industry standards, as well as its negligence, in responding to and/or processing Plaintiff's application for a loan pursuant to the United States Small Business Administration Paycheck Protection Program, through their agents, servants, or employees acting in the course and scope of their employment, in the following non-exclusive particulars:

      a.    In that Defendants IberiaBank and First Horizon failed to comply with the provisions of the Equal Credit Opportunity Act, 15 U.S.C. §1691, *et seq.,* 12 C.F.R. Part 1002, *et seq.* ("Regulation B," issued by the Bureau of Consumer Financial Protection pursuant to Title VII (Equal Credit Opportunity Act) of the

Consumer Credit Protection Act, as amended (15 U.S.C. §1691, *et seq.*), and/or other established banking industry standards;

b.      In that Defendants IberiaBank and First Horizon failed to respond to Plaintiff's application for a loan pursuant to the United States Small Business Administration Paycheck Protection Program within thirty (30) days of receipt of same;

c.      In that Defendants IberiaBank and First Horizon failed to act with reasonable diligence upon receipt of Plaintiff's application for a loan pursuant to the United States Small Business Administration Paycheck Protection Program;

d.      In that Defendants IberiaBank and First Horizon failed to promulgate, implement, and maintain reasonable policies and procedures for receipt and timely responding to and/or processing of loan applications pursuant to the United States Small Business Administration Paycheck Protection Program;

e.      In that Defendants IberiaBank and First Horizon failed to reasonably train their employees in reasonable policies and procedures for receipt and timely responding to and/or processing of loan applications pursuant to the United States Small Business Administration Paycheck Protection Program;

f.      In that Defendants IberiaBank and First Horizon failed to verify that their employees were reasonably trained in reasonable policies and procedures for receipt and timely responding to and/or processing of loan applications pursuant to the United States Small Business Administration Paycheck Protection Program;

g.      In that Defendants IberiaBank and First Horizon failed to provide a sufficient number of qualified employees trained in reasonable policies and procedures for

4

receipt and timely responding to and/or processing loan applications pursuant to the United States Small Business Administration Paycheck Protection Program;

h.    In that Defendants IberiaBank and First Horizon failed to monitor the actions of its employees to verify that they were in compliance with reasonable policies and procedures for receipt and timely responding to and/or processing of loan applications pursuant to the United States Small Business Administration Paycheck Protection Program;

i.    In that Defendants IberiaBank and First Horizon failed to exercise due care and caution commensurate with the surrounding circumstances; and

j.    Other acts or omissions which may be hereafter discovered and/or proven at or before trial in this matter.

## X.

Plaintiff's damages resulted, in whole or in part, from the Defendants' failure to abide by Federal Statutes and Regulations, as well as established banking industry standards.

## XI.

As a result of Defendants' actions and/or failure to act, Plaintiff Landscape Images Ltd. has suffered damages and claims all such damages reasonable in the premises for the following:

1.    Loss of loan proceeds United States Small Business Administration Paycheck Protection Program;

2.    Forgiveness of any loan obtained from the United States Small Business Administration Paycheck Protection Program; and

3.    All other damages which may be demonstrated following trial on the merits of this matter.

4877-3802-9599, v. 1

**XII.**

Plaintiff demands trial by jury on all issues presented.

**WHEREFORE**, Plaintiff LANDSCAPE IMAGES LTD. prays that Defendants IBERIABANK CORPORATION and FIRST HORIZON BANK be duly cited and served with a copy of this Complaint and be made to appear and answer same, and after due proceedings had, there be judgment rendered herein in favor of Plaintiff Landscape Images Ltd. and against Defendants IBERIABANK CORPORATION and FIRST HORIZON BANK, for all damages reasonable in the premises, together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings. Plaintiff further prays for trial by jury.

*Respectfully submitted,*
**ROME, ARATA, BAXLEY & STELLY, L.L.C.**

*/s/ W. Chad Stelly, Esq.*
W. CHAD STELLY, Bar No. 21140
C. PERRIN ROME, III, Bar No. 17774
BLAKE G. ARATA, JR., Bar No. 1697
650 Poydras Street, Suite 2017
New Orleans, Louisiana 70130
Telephone: (504) 522-9980
Facsimile: (504) 522-9971
E-mail:wcstelly@romearata.com
        prome@romearata.com
        barata@romearata.com

*Counsel for Plaintiff Landscape Images Ltd.*

**PLEASE SERVE:**

**IBERIABANK CORPORATION**
Through its designated agent for service:
C T Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA 70816

**FIRST HORIZON BANK**
165 Madison Avenue
Memphis, TN 38103-2723

4877-3802-9599, v. 1