UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LANDSCAPE IMAGES LTD.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-1324** |
| **IBERIABANK CORPORATION, ET AL.** | **SECTION: D (4)** |

### JUDGMENT

In accordance with the Court's Order and Reasons granting the Motion to Dismiss First Supplemental and Amended Complaint for Damages, filed by IberiaBank Corporation and First Horizon Bank (R. Doc. 56);

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of defendants, IberiaBank Corporation and First Horizon Bank, and against plaintiff, Landscape Images Ltd., **DISMISSING WITH PREJUDICE** Plaintiff's First Supplemental and Amended Complaint.

New Orleans, Louisiana, February 21, 2024.

*[signature: Wendy B. Vitter]*
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**