

# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
October 10, 2024
Lyle W. Cayce
Clerk

**Certified as a true copy and issued as the mandate on Nov 01, 2024**

Attest: *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

No. 24-30181

─────────────

LANDSCAPE IMAGES LIMITED,

*Plaintiff—Appellant*,

versus

IBERIABANK CORPORATION; FIRST HORIZON BANK,

*Defendants—Appellees*.

─────────────

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:22-CV-1324

─────────────

Before HIGGINBOTHAM, STEWART, and HAYNES, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that appellant pay to appellees the costs on appeal to be taxed by the Clerk of this Court.

No. 24-30181

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.